1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED EL-BASHIR MUSTAFA,<br><br>                                        Petitioner,<br><br>        vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                                        Respondents. | CASE NO. 07CV480 WQH (POR)<br><br>ORDER DISMISSING CASE<br>WITHOUT PREJUDICE |

HAYES, Judge:

On March 16, 2007, Petitioner Ahmed El-Bashir Mustafa filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). On May 1, 2007, the Court ordered Respondents to show cause as to why the Petition should not be granted, and appointed counsel for Petitioner. (Doc. # 7). On May 25, 2007, Respondents answered the Petition with a written return, and therein noted that Respondents released Petitioner on May 25, 2007, on an order of supervision. (Doc. # 9). On May 31, 2007, Petitioner filed a notice of voluntary dismissal, requesting dismissal of this action without prejudice. (Doc. # 10).

Good cause appearing, and pursuant to the notice of voluntary dismissal, the Petition for Writ of Habeas Corpus is hereby dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: June 4, 2007

**WILLIAM Q. HAYES**
United States District Judge

- 1 -                                                                     07CV480 WQH (POR)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07CV480 WQH (POR)